IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PAUL EDWARD THOMAS, #13602-078 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv561 |
| | | CRIM. NO. 6:07CR00090-002 |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Second Report and Recommendation (docket entry #8) is **ADOPTED**. It is further

**ORDERED** that Thomas' motion to dismiss (docket entry #6) is **GRANTED** and the motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). All motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 24th day of November, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE